■ In the Matter of AETNA CASUALTY AND SURETY COM-

PANY, Respondent, v LANCE M. FREED et al., Appellants. [594 NYS2d 996] —Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Burke, J.), entered August 19, 1991.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Burke at the Supreme Court. Rosenblatt, J. P., Miller, O'Brien and Copertino, JJ., concur.